| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Rendell, Marjorie O | 2. Court or Organization USCA - 3CA - Philadelphia | 3. Date of Report 5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges i[ ]icate full- or part-time) Circuit Court Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination. Date ○ Initial ◉ Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address U.S. Court of Appeals 601 Market Street, Room 21613 Philadelphia, PA 19106 1598 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Office: _____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chair | Avenue of the Arts, Inc. |
| 2. | Director | Regional Performing Arts Center |
| 3. | Chair, Board of Overseers | School of Nursing, University of Pennsylvania |
| 4. | Board member | Penn Medicine |
| 5. | | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 o filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 MAY 13 A 11: 53 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004 | City of Philadelphia - pension |
| 2. | 2004 | University of Pennsylvania - Adjunct (9/04-12/04) |
| 3. | 2004 | Philadelphia Sports Media L.P. - TV Sports Commentator |
| 4. | 2004 | Commonwealth of Pennsylvania - earnings for services as Governor |

## IV. REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Conference of Bankruptcy Judges and Commercial Law League | Speaker at NCBJ Conference 10/10 - 10/13/04 in Nashville, TN - registration, transportation, food and lodging |
| 2. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Torresdale-Frankford Country Club | honorary golf membership - See VIII | |
| 2. | West Shore Country Club | honorary golf membership - See VIII | |
| 3. | Blue Ridge Country Club | honorary golf membership - See VIII | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | ape Savings Bank, Cape May, NJ | Construction/permanent loan on rental property | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value M thod Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Schwab Money Market & Cash | A | Dividend | J | T | | | | | |
| 2. Federated 1-3 year US Gov't Sec. | B | Dividend | M | T | Buy | 02/18 | K | | |
| 3. Brandywine | A | Dividend | K | T | PartSell | 02/18 | J | A | |
| 4. Columbia Growth | A | Dividend | L | T | Buy | 05/12 | K | | |
| 5. DFA one year fixed | C | Dividend | M | T | Buy | 02/19 | K | | |
| 6. DFA U.S. Micro Cap 9-10 Small (form. 9-10 Small) | A | Dividend | K | T | PartSell | 02/18 | J | A | |
| 7. DFA US Large Cap Value | A | Dividend | L | T | Buy | 05/12 | L | | |
| 8. Dodge & Cox stock | C | Dividend | L | T | PartSell | 05/12 | L | E | |
| 9. FAM Value | A | Dividend | K | T | | | | | |
| 10. Fasciano | B | Dividend | K | T | | | | | |
| 11. Hotchkis & Wiley Large Cap Value | A | Dividend | L | T | Buy | 05/12 | K | | |
| 12. Janus Fund | A | Dividend | L | T | | | | | |
| 13. Janus Overseas Fund | A | Dividend | K | T | Buy | 03/24 | K | | |
| 14. Janus Adviser Int'l Fund | A | None | | | Sell | 03/23 | K | B | |
| 15. Royce Opportunity | C | Dividend | L | T | PartSell | 02/18 | J | C | |
| 16. Morgan Stanley Emerging Mkts. | A | Dividend | J | T | | | | | |
| 17. Morgan Stanley Int's Equity | C | Dividend | K | T | Buy | 02/18 | J | | |
| 18. MFS Mass. Investors Trust | A | None | | | Sell | 05/12 | K | A | |

| 1. Income/Gain Codes | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. First Eagle SoGen Global Class I (form. SoGen Int'l) | A | None | | | Sell | 02/18 | K | E | |
| 20. Hotchkis & Wiley Mid-Cap Value | A | Dividend | K | T | | | | | |
| 21. Stoneridge Small Cap | A | Dividend | K | T | Buy | 02/18 | J | | |
| 22. Third Avenue Intl Value | A | Dividend | K | T | Buy | 11/05 | K | | |
| 23. Westcore Intl Frontier | A | Dividend | J | T | Buy | 11/05 | J | | |
| 24. Julius Baer Int'l Equity | B | Dividend | K | T | | | | | |
| 25. Westcore Mid-Cap Oppty Fd | C | Dividend | L | T | PartSell | 02/18 | K | C | |
| 26. Westcore MIDCO Growth | A | Dividend | L | T | Part-Sell | 02/18 | J | C | |
| 27. Schwab Adv Cash Reserv Prem & Cash (form MM &cash) | A | Dividend | J | T | | | | | |
| 28. FirstEagle SoGen Global Class I (form. SoGen Int'l) | A | Dividend | N | T | Sell | 11/05 | J | B | |
| 29. William Blair Growth | A | Dividend | J | T | | | | | |
| 30. Thornberg Value Fund | A | Dividend | J | T | | | | | |
| 31. Schwab Money Mkt & Cash | A | Dividend | J | T | | | | | |
| 32. First Eagle SoGen Global (form. SoGen Int'l) | A | None | | | Sell | 11/05 | J | B | |
| 33. Dodge & Cox Stock | A | None | | | Sell | 05/12 | J | C | |
| 34. Hotchkis & Wiley Large Cap Value | A | Dividend | K | T | Buy | 05/12 | J | | |
| 35. Federated 1-3 Yr. U.S. Gov't Sec. | A | Dividend | K | T | Buy | 02/18 | J | | |
| 36. Julius Baer Int'l Equity Fund | A | Dividend | J | T | | | | | |



1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Morgan Stanley Int'l Equit | A | Dividend | J | T | | | | | |
| 38. Neuberger Berman Fasciano Fund | A | Dividend | J | T | | | | | |
| 39. Royce Opportunity Fund | A | Dividend | J | T | Sell | 02/18 | J | A | |
| 40. Third Ave Intl Value | A | Dividend | J | T | Buy | 11/05 | J | | |
| 41. Westcore Mid Cap Opportunity | A | Dividend | J | T | | | | | |
| 42. Westcore Growth | A | Dividend | J | T | | | | | |
| 43. Westcore Midco Growth | A | Dividend | J | T | | | | | |
| 44. Schwab Adv Cash Reserv Prem & Cash (form MM &Cash) | A | Dividend | J | T | | | | | |
| 45. Brandywine Fund | A | Dividend | J | T | Buy | 02/18 | J | | |
| 46. Stoneridge Small Cap | A | Dividend | J | T | | | | | |
| 47. William Blair Growth | A | None | | | Sell | 02/18 | J | A | |
| 48. Dodge & Cox stock | A | Dividend | K | T | | | | | |
| 49. Morgan Stanley Int'l Equity | A | Dividend | K | T | | | | | |
| 50. Advanced Med Optics (spinoff Allergan) | A | None | | | Gift | 12/09 | J | | See VIII |
| 51. Abbott Labs - common stock | A | Dividend | J | T | | | | | |
| 52. Allergan | A | Dividend | L | T | Gift | 03/15 | K | | See VIII |
| 53. Beckman Coulter | A | Dividend | K | T | Gift | 12/09 | J | | See VIII |
| 54. Coca Cola - common stock | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $6,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. E.I. DuPont de Nemours | A | None | | | Sell | 02/18 | K | D | |
| 56. Federal Nat'l Mortgage Assoc. | B | Dividend | K | T | | | | | |
| 57. General Electric - common stock | B | Dividend | L | T | | | | | |
| 58. Hospira (spinoff from Abbott Labs) | A | None | | | Spinoff | 04/30 | J | | See VIII |
| 59. Hospira | A | None | | | Gift | 12/09 | J | | See VIII |
| 60. Loews Int'l | A | Dividend | K | T | | | | | |
| 61. McDonalds Corp. | A | Dividend | K | T | | | | | |
| 62. Pepsico Inc. | A | None | | | Sell | 02/18 | K | E | |
| 63. GlaxoSmithKline (form. SmithKlineBeecham) | C | Dividend | M | T | | | | | |
| 64. Sprint FON Group | A | None | | | Sell | 02/18 | K | E | |
| 65. Sprint PCS Group | A | None | | | Sell | 02/18 | J | D | |
| 66. Wal-Mart Stores, Inc. | A | Dividend | K | T | | | | | |
| 67. Wells Fargo & Co. | B | Dividend | K | T | PartSell | 02/18 | K | E | |
| 68. Baron Growth | A | Dividend | K | T | | | | | |
| 69. DFA Tax Mgd US Small Cap Value (form. 5-10 Value) | A | Dividend | K | T | | | | | |
| 70. DFA Tax Mgd US Mktwide Value | A | Dividend | K | T | Buy | 02/19 | K | | |
| 71. DFA US Micro Cap (form. 9-10 Micro | B | Dividend | K | T | PartSell | 02/18 | J | C | |
| 72. Dodge & Cox Stock | B | Dividend | K | T | | | | | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000   D = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes:  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. First Eagle Overseas CL1 | A | Dividend | J | T | Buy | 02/18 | J | | |
| 74. Janus Fund | A | Dividend | K | T | | | | | |
| 75. Janus Adviser Int'l Fund | A | None | | | Sell | 03/23 | K | A | |
| 76. Janus Overseas Fund | A | Dividend | K | T | Buy | 03/24 | K | | |
| 77. Julius Baer Intl Equity | A | Dividend | K | T | Buy | 02/18 | K | | |
| 78. Morgan Stanley Int'l Equity | C | Dividend | K | T | Buy | 02/18 | K | | |
| 79. NB Fasciano Fund | A | Dividend | K | T | Buy | 02/18 | K | | |
| 80. Royce Opportunity Fund | B | Dividend | J | T | Buy | 02/18 | J | | |
| 81. Schwab Money Market & Cash | A | Dividend | L | T | | | | | |
| 82. Sound Shore | C | Dividend | K | T | | | | | |
| 83. Westcore Midco Growth | A | Dividend | K | T | Buy | 02/18 | J | | |
| 84. Westcore Growth Fund | A | Dividend | K | T | Buy | 02/18 | K | | |
| 85. Westcore Intl Frontier Fund | A | Dividend | J | T | Buy | 02/18 | J | | |
| 86. Federated Short Term Muni Bond Fund | C | Dividend | M | T | Buy | 02/18 | J | | |
| 87. Scudder Short Term Muni Bond Fund | A | None | | | Sell | 01/20 | M | B | |
| 88. Shroder ST Muni Bond Fund | C | Dividend | M | T | Buy | 01/21 | M | | |
| 89. DuPont - common stock | A | Dividend | J | T | | | | | |
| 90. DFA Tax Mgd U.S. 5-10 Value | A | Dividend | J | T | | | | | |

1. Income/Gain Codes     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Rendell, Marjorie O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (excluding trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. 91. Dodge & Cox Stock | A | Dividend | J | T | | | | | |
| 92. 92. Janus Adviser Int'l Fund | A | None | | | Sell | 03/23 | J | A | |
| 93. 93. Janus Overseas Fund | A | Dividend | J | T | Buy | 03/24 | J | | |
| 94. 94. Fasciano | A | Dividend | J | T | | | | | |
| 95. 95. MFS Mass Investors Trust | A | None | | | Sell | 05/12 | J | A | |
| 96. 96. First Eagle SoGen Global Class I (form SoGen Int'l) | A | Dividend | J | T | | | | | |
| 97. 97. Sound Shore | A | Dividend | J | T | | | | | |
| 98. 98. Schwab Money Market Fund | A | Dividend | J | T | | | | | |
| 99. 99. Westcore Growth Fund | A | Dividend | J | T | Buy | 05/12 | J | | |
| 100. 100. Rental property in Ocean City, NJ (2000 - $645,000) | E | Rent | O | R | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

# VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Part V. GIFTS
Honorary golf memberships with **Torresdale-Frankford Country Club, West Shore Country Club, and Blue Ridge Country Club**: If I were to become a member of these clubs, I am certain that initial fees and ongoing fees would be several thousands of dollars; however, I use these memberships infrequently, and estimate the value to me, based on use, to be less than a thousand dollars.

Part VII: INVESTMENTS AND TRUSTS

GIFTS - Items at lines 50, 52, 53, 59  were contributions to the Rendell Charitable Gift Fund (managed by the Schwab Fund for Charitable Giving).

SPIN-OFF - Hospira (line 58) was spun off from Abbott Laboratories on 4/30/04.  All Abbott shareholders received one Hospira share for every ten shares of Abbott common stock held.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date  5/12/05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544